# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rosenthal, Joel B. | Bankruptcy Court Dist. of MA -retired EDNY - recalled '11 | 08/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

40 Liberty Street
Natick, MA 01760

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | E.H.D TRUST (co-trustee of deceased neighbor/close (like family) - serving without compensation |
| 2. | TRUSTEE | RSM REVOCABLE TRUST (trustee of deceased XXXXX- principally for benefit of XXXXX - serving without compensation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | income as artists assistant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Assoc. of Commercial Finance Attorneys (ACFA) - | 5/12/11-5/15/11 | Montreal, Canada | served as panelist | XXXXX and I provided room, board and transportation at Annual Education Weekend |
| 2. | American Bankruptcy Institute (ABI) | 7/21/10-7/24/11 | Newport, Rhode Island | served as panelist | XXXXX and I provided room, board and transportation at Northeast Conference |
| 3. | National Conference of Bankruptcy Judges (NCBJ) | 10/ 12 /10-10/15/11 | Tampa, FL | served as Committee Chair | I was provided partial room reimbursement for Annual Meeting |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  MA HEFA BONDS | D | Interest | M | T | | | | | |
| 2.  FITCHBURG, MA BONDS | B | Interest | | | Sold | 11/22/11 | M | C | |
| 3.  MA GENERAL OBLIG BONDS | D | Interest | N | T | Sold (part) | 02/01/11 | K | | |
| 4. | | | | | Buy | 12/23/11 | M | | |
| 5.  EXXON MOBIL STOCK | A | Dividend | J | T | | | | | |
| 6.  STATE OF ISRAEL BONDS | A | Interest | J | T | | | | | |
| 7.  PUTNAM VISTA FUND MUTUAL FUND | A | Distribution | K | T | | | | | |
| 8.  FANNIE MAE BONDS | A | Interest | J | T | Sold (part) | 03/11/11 | J | A | |
| 9.  Middlesex Saving bank a/c | A | Interest | K | T | | | | | |
| 10.  ALLSTATE CORP. stock | | None | | | Sold | 03/09/11 | J | B | |
| 11.  HOME PROPERTIES reit | A | Distribution | J | T | | | | | |
| 12.  STATE STREET BANK(SSGA) bank a/c | A | Interest | K | T | | | | | clearing a/c |
| 13.  OCCIDENTAL PETE STOCK | A | Dividend | K | T | | | | | |
| 14.  CONOCO PHILLIPS (f/k/a Phillips Pete) STOCK | A | Dividend | K | T | | | | | |
| 15.  I SHARES-DJ TELE MUT FIND | A | Distribution | | | Sold (part) | 2/24/11 | J | | |
| 16. | | | | | Sold | 7/21/11 | J | A | |
| 17.  Principal Fin Group Stock | A | Dividend | | | Sold | 10/13/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Credit Suisse FB Bond | B | Interest | K | T | | | | | |
| 19. Healthcare Prop Inv. (HCP) | A | Distribution | K | T | | | | | |
| 20. Chubb Corp. Stock | A | Dividend | K | T | | | | | |
| 21. NARR MA GO Bond | D | Interest | N | T | | | | | |
| 22. Health Care Prop Inv (HCP) Stock | A | Dividend | K | T | | | | | |
| 23. Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 24. Ventas, f/k/a Nationwide Health PPTYS Stock | A | Dividend | J | T | Sold (part) | 7/5/11 | J | A | |
| 25. AON Corp. Stock | A | Dividend | K | T | | | | | |
| 26. Allstate Stock | B | Dividend | | | Sold | 3/9/11 | K | D | |
| 27. Chubb Corp. Stock | A | Dividend | K | T | | | | | |
| 28. Conoco Phillips Stock | B | Dividend | K | T | | | | | |
| 29. HealthCare Property (HCP) Inc. Stock | B | Dividend | K | T | | | | | |
| 30. Johnson & Johnson Stock | A | Dividend | K | T | | | | | |
| 31. Ventas f/k/a Nationwide Health Prop. Stock | B | Dividend | K | T | | | | | |
| 32. Occidental Perto Stock | A | Dividend | K | T | | | | | |
| 33. Principal Fin Group Stock | A | Dividend | J | T | | | | | |
| 34. Sempra Energy Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Telephone & Data Sys Stock | A | Dividend | | | Sold | 11/14/11 | K | | |
| 36. US Cellular | | None | K | T | | | | | |
| 37. Vodafone Stock | A | Dividend | K | T | | | | | |
| 38. ColgatePalmolive Stock | A | Dividend | K | T | | | | | |
| 39. Comcast Stock | A | Dividend | K | T | | | | | |
| 40. ENDURANCE SP HOLD stock | A | Dividend | J | T | | | | | |
| 41. FED FARM CREDIT BOND | B | Interest | K | T | | | | | |
| 42. VERIZON GLOBAL BOND | B | Interest | K | T | | | | | |
| 43. Henry Schein STOCK | | None | K | T | | | | | |
| 44. MA ST WTR RES AUTH bond | C | Interest | L | T | | | | | |
| 45. COLGATE PALMOLIVE stock | A | Dividend | K | T | | | | | |
| 46. COMCAST NEW -stock | A | Dividend | J | T | | | | | |
| 47. ENDURANCE SP STOCK | A | Dividend | J | T | | | | | |
| 48. HENRY SCHEIN STOCK | | None | K | T | | | | | |
| 49. OLD REP INT'L STOCK | A | Dividend | | | Sold (part) | 11/14/11 | J | | |
| 50. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 51. | | | | | Sold | 12/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VODAFONE STOCK | A | Dividend | J | T | | | | | |
| 53. MA WTR RES AUTH BOND | C | Interest | L | T | | | | | |
| 54. MA HSG FIN AGCY BOND | D | Interest | M | T | Sold (part) | 7/1/11 | K | | |
| 55. MA ST WTR RES AUTH BOND | B | Interest | K | T | | | | | |
| 56. HEALTHCARE SELECT SECTOR MUTUAL FUND | A | Distribution | J | T | Sold (part) | 12/16/11 | J | A | |
| 57. AON CORP STOCK | A | Dividend | J | T | | | | | |
| 58. BAKER HUGHES STOCK | A | Dividend | J | T | | | | | |
| 59. DUPONT STOCK | A | Dividend | K | T | | | | | |
| 60. MILLICOM INTL STOCK | A | Dividend | | | Sold | 6/2/11 | L | E | |
| 61. TELEPHONE & DATA STOCK | A | Dividend | J | T | | | | | |
| 62. BAKER HUGHES STOCK | A | Dividend | J | T | | | | | |
| 63. DUPONT STOCK | B | Dividend | K | T | | | | | |
| 64. LIONS GATE ENT STOCK | B | Dividend | K | T | | | | | |
| 65. MILLICOM INT'L STOCK | B | Dividend | K | T | | | | | |
| 66. TIME WARNER (2003) STOCK | B | Dividend | K | T | | | | | |
| 67. MA ST REV BOND | B | Interest | K | T | | | | | |
| 68. METHUEN GO BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MA ST HSG FIN AGENCY BOND | D | Interest | M | T | Sold (part) | 4/1/11 | J | | |
| 70. | | | | | Sold (part) | 6/1/11 | K | | |
| 71. | | | | | Buy (add'l) | 6/21/11 | L | | |
| 72. | | | | | Buy (add'l) | 9/8/11 | L | | |
| 73. NARRAGANSETT, MA GO BOND | C | Interest | L | T | | | | | |
| 74. DCM INCOME OPPORTUNITY - PARTNERSHIP | | None | O | U | | | | | |
| 75. DCM REAL ESTATE PARTNERSHIP | | None | M | U | | | | | |
| 76. PROGRESS ENERGY - STOCK | A | Dividend | J | T | | | | | |
| 77. COVIDIAN - STOCK (fka Tyco) | A | Dividend | J | T | | | | | |
| 78. IPSWICH MA G/O BOND | B | Interest | L | T | | | | | |
| 79. ANNE ARUNDEL CTY G/O BOND | B | Interest | L | T | | | | | |
| 80. MHFA SINGLE FAMILY - BOND | B | Interest | K | T | Sold (part) | 3/15/11 | J | | |
| 81. | | | | | Sold (part) | 7/1/11 | K | | |
| 82. MWRA - BOND | B | Interest | K | T | | | | | |
| 83. MA HEALTH & EDU - BOND | C | Interest | L | T | | | | | |
| 84. MA ST WTR POLL - BOND | A | Interest | K | T | | | | | |
| 85. MEFA - BONDS | D | Interest | M | T | Sold (part) | 1/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 7/1/11 | J | | |
| 87. PR INFRA - HWY- - BOND | B | Interest | K | T | Sold (part) | 1/25/11 | K | | |
| 88. PR TOURIST - BOND | B | Interest | K | T | | | | | |
| 89. MA TPK AUTH - BOND | A | Interest | | | Sold | 8/1/11 | K | A | |
| 90. AFFILIATED COMP SERV - STOCK | | None | | | Sold | 02/08/11 | J | C | |
| 91. ALLSTATE CORP. - STOCK | A | Dividend | | | Sold (part) | 2/17/11 | J | | |
| 92. | | | | | Sold (part) | 2/23/11 | J | | |
| 93. | | | | | Sold | 3/9/11 | J | B | |
| 94. BAKER HUGHES - STOCK | A | Dividend | J | T | | | | | |
| 95. BRANDYWINE REALTY TRUST - STOCK | A | Dividend | J | T | | | | | |
| 96. COLONIAL PPTY TR - STOCK | A | Dividend | J | T | | | | | |
| 97. CONOCO PHILLIPS - STOCK | A | Dividend | J | T | | | | | |
| 98. DU PONT E I DEMOURS & - STOCK | A | Dividend | K | T | | | | | |
| 99. HEALTH CARE PROP (HCP) INV - STOCK | A | Dividend | J | T | | | | | |
| 100. JOHNSON & JOHNSON - STOCK | A | Dividend | K | T | | | | | |
| 101. MICROSOFT - STOCK | A | Dividend | K | T | | | | | |
| 102. MILLICOM INT'L - STOCK | A | Dividend | | | Sold | 6/2/11 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PROGRESS ENERGY - STOCK | B | Dividend | K | T | | | | | |
| 104. VODAFONE GROUP PLC - STOCK | A | Dividend | K | T | | | | | |
| 105. PROGRESS ENERGY - STOCK | A | Dividend | K | T | | | | | |
| 106. COVIDIAN - STOCK (fka Tyco) | A | Dividend | K | T | | | | | |
| 107. ANADARKO PETRO- stock | A | Dividend | K | T | | | | | |
| 108. ANNALY MTGE - stock | B | Dividend | K | T | | | | | |
| 109. BARCLAYS BANK - pref stock | C | Dividend | | | Sold | 12/27/11 | K | | |
| 110. COCA COLA - stock | A | Dividend | K | T | | | | | |
| 111. TIME WARNER - class A stock | A | Dividend | J | T | | | | | |
| 112. SSGA -money fund | B | Interest | J | T | | | | | clearing a/c |
| 113. FERNLEY N/V G/O - bond | A | Interest | | | Sold | 8/10/11 | K | | |
| 114. ANADARKO PETRO - stock | A | Dividend | K | T | | | | | |
| 115. ANNALY MTGE - stock | C | Dividend | K | T | | | | | |
| 116. BARCLAYS BANK - pref stock | C | Dividend | | | Sold | 11/14/11 | L | C | |
| 117. COCA COLA - stock | A | Dividend | K | T | | | | | |
| 118. GENZYME CORP - STOCK | | None | | | Sold | 5/3/11 | L | C | |
| 119. USG CORP COM - stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BLACKROCK MUT FUND | A | Distribution | | | Sold | 4/27/11 | J | | |
| 121. COHEN & STEERS QTY - stock | A | Dividend | J | T | | | | | |
| 122. NiSOURCE, INC - stock | A | Dividend | J | T | | | | | |
| 123. ANADARKO PETRO - stock | A | Dividend | K | T | | | | | |
| 124. ANNALY MTGE MGT - stock | C | Dividend | K | T | | | | | |
| 125. AON CORP. - stock | A | Dividend | J | T | | | | | |
| 126. ARCH COAL - stock | A | Dividend | J | T | | | | | |
| 127. CHUBB CORP. - stock | A | Dividend | K | T | | | | | |
| 128. COCA COLA - stock | A | Dividend | K | T | | | | | |
| 129. COLGATE PALMOLIVE CO. stock | A | Dividend | K | T | | | | | |
| 130. COVIDIEN - stock | A | Dividend | J | T | | | | | |
| 131. ENDURANCE SP. HOLDINGS - stock | A | Dividend | J | T | | | | | |
| 132. GENZYME CORP. - stock | | None | | | Sold | 5/3/11 | K | C | |
| 133. OCCIDENTAL PETE. - stock | A | Dividend | K | T | | | | | |
| 134. SEMPRA ENERGY - stock | A | Dividend | J | T | | | | | |
| 135. TELEPHONE & DATA SYS.- stock | A | Dividend | J | T | | | | | |
| 136. U.S. CELLULAR - stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ST. JUDE MEDICAL, INC. STOCK | A | Dividend | K | T | | | | | |
| 138. PEPSICO, INC. stock | A | Dividend | K | T | | | | | |
| 139. 3M COMPANY - stock | A | Dividend | K | T | | | | | |
| 140. ENTERGY CORP. - stock | A | Dividend | J | T | | | | | |
| 141. HEALTH CARE REIT - stock | A | Dividend | K | T | | | | | |
| 142. SPDR GOLD - mutfd | | None | K | T | Sold (part) | 10/4/11 | J | C | |
| 143. RYDEX S&P EQUAL WT ETF - mutfd | A | Distribution | | | Sold (part) | 1/4/11 | J | A | |
| 144. | | | | | Sold | 2/22/11 | J | A | |
| 145. TECHNOLOGY SELECT SPDR - mutfd | A | Distribution | | | Sold | 4/17/11 | J | B | |
| 146. SPDR OIL & GAS EQUIP SRVC ETF | A | Distribution | J | T | Sold (part) | 1/6/11 | J | | |
| 147. I SHARES DJ US BASIC fund | A | Distribution | | | Sold | 5/10/11 | J | A | |
| 148. SPDR S & P BIOTECH ETF fund | A | Distribution | J | T | | | | | |
| 149. INDUSTRIAL SELECT SPDR fund | A | Distribution | | | Sold (part) | 6/13/11 | J | A | |
| 150. | | | | | Sold | 6/15/11 | J | A | |
| 151. MA ST HEFA BOND | E | Interest | N | T | Buy (add'l) | 7/1/11 | M | | |
| 152. ST LOUIS, MO - bond | C | Interest | L | T | | | | | |
| 153. MAYNARD, MA G/O bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MA, HFA bond | C | Interest | L | T | | | | | |
| 155. MA ST SCH BLDG bond | C | Interest | M | T | | | | | |
| 156. PEPSICO, INC. stock | A | Dividend | K | T | | | | | |
| 157. TIME WARNER stock | B | Dividend | K | T | | | | | |
| 158. ST.JUDE MEDICAL, INC. stock | A | Dividend | J | T | | | | | |
| 159. HEALTH CARE REIT - stock | A | Dividend | J | T | | | | | |
| 160. ZIMMER HOLDINGS stock | | None | | | Buy | 1/28/11 | J | | |
| 161. | | | | | Sold | 12/27/11 | J | | |
| 162. ST JUDE MEDICAL stock | | None | | | Sold | 12/27/11 | J | | |
| 163. HEALTH CARE REIT stock | A | Dividend | J | T | | | | | |
| 164. DREYFUS GOVT CASH fund | A | Distribution | K | T | | | J | | clearing account |
| 165. PIMCO TOTAL RETURN fund | B | Distribution | K | T | | | | | |
| 166. T ROWE PRICE - INTL EMERGING FUND | C | Distribution | L | T | Buy (add'l) | 4/26/11 | J | | |
| 167. TEMPLETON GLOBAL BOND FUND | D | Distribution | M | T | | | | | |
| 168. US TREAS NTS | A | Interest | | | Sold | 1/19/11 | K | B | |
| 169. LOOMIS SALES II- | D | Distribution | M | T | Buy (add'l) | 4/28/11 | J | | |
| 170. PIMCO FDS PAC FUND | D | Distribution | M | T | Buy (add'l) | 4/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TELEPHONE GLOBAL INC STOCK | A | Distribution | J | T | | | | | |
| 172. VANGUARD FIX INCOME FUND | A | Distribution | J | T | | | | | |
| 173. DELL BOND | A | Interest | K | T | | | | | |
| 174. AMERICAN EXPRESS CORP BOND | A | Interest | K | T | | | | | |
| 175. DOW CHEMICAL NOTES | A | Interest | | | Sold | 6/15/11 | J | C | |
| 176. PROCTER & GAMBLE STOCK | A | Dividend | J | T | | | | | |
| 177. SUNOCO STOCK | | None | | | Sold | 4/1/11 | K | D | |
| 178. SYSCO STOCK | A | Dividend | J | T | | | | | |
| 179. WALMART STOCK | A | Dividend | J | T | | | | | |
| 180. WI ST GEN BOND | B | Interest | | | Sold | 10/20/11 | L | D | |
| 181. TROY UNIV - FAC- BOND | A | Interest | | | Sold | 6/22/11 | M | A | |
| 182. CLARK CNTY, NV ARPT BOND | C | Interest | M | T | | | | | |
| 183. UMASS BLDG AUTH BOND | B | Interest | L | T | | | | | |
| 184. AMERICAN EXPRESS BOND | C | Interest | L | T | | | | | |
| 185. ANALOG DEVICES STOCK | A | Dividend | J | T | | | | | |
| 186. DELL STOCK | | None | K | T | | | | | |
| 187. DOW CHEMICAL NOTES | A | Interest | | | Sold | 6/15/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PROCTER & GAMBLE STOCK | A | Dividend | K | T | | | | | |
| 189. SUNOCO STOCK | A | Dividend | | | Sold | 4/1/11 | K | D | |
| 190. SYSCO STOCK | A | Dividend | J | T | | | | | |
| 191. WALMART STORES STOCK | A | Dividend | K | T | | | | | |
| 192. I SHARES RUSSELL 1000 GROWTH INDEX FUND | A | Distribution | | | Sold (part) | 3/14/11 | J | | |
| 193. | | | | | Sold | 6/1/11 | J | A | |
| 194. I SHARES S&P 500 GROWTH INDEX FUND | | None | | | Buy (add'l) | 1/3/11 | K | | |
| 195. | | | | | Sold | 3/16/11 | K | C | |
| 196. I SHARES DJUS CONSUMER FUND | A | Distribution | J | T | Sold (part) | 1/6/11 | J | A | |
| 197. | | | | | Sold (part) | 12/29/11 | J | A | |
| 198. PR ELEC POWER BOND | B | Interest | K | T | | | | | |
| 199. TROY UNIV FAC REV BOND | C | Interest | L | T | | | | | |
| 200. UMASS BLDG AUTH BOND | A | Interest | K | T | | | | | |
| 201. ALEXANDER & BALDWIN STOCK | A | Dividend | J | T | Sold (part) | 4/6/11 | K | E | |
| 202. ANALOG DEVICES STOCK | A | Dividend | K | T | | | | | |
| 203. PROCTER & GAMBLE STOCK | A | Dividend | K | T | | | | | |
| 204. MA ST HSG FIN AG BOND | E | Interest | M | T | Sold (part) | 6/21/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  MA ST DOT BOND | A | Interest | | | Sold | 6/21/11 | K | | |
| 206.  MA ST SPL OBLIG BOND | A | Interest | K | T | Buy | 07/22/11 | K | | |
| 207.  MA ST DEV FIN AG BOND | A | Interest | K | T | Buy | 12/16/11 | K | | |
| 208.  LGIS PWN NY BOND | A | Interest | K | T | Buy | 10/06/11 | K | | |
| 209.  FIDELITY CASH A/C | A | Interest | K | T | Buy | 01/01/11 | K | | CLEARING A/C |
| 210.  MEDTRONIC STOCK | C | Dividend | K | T | Buy | 10/27/11 | J | | |
| 211.  UNILEVER STOCK | B | Dividend | J | T | Buy | 10/28/11 | K | | |
| 212.  WEATHERFORD INTL STOCK | | None | J | T | Buy | 06/22/11 | J | | |
| 213.  XEROX STOCK | A | Dividend | J | T | | | | | SEE PART VIII CORRECTION |
| 214.  GE CAPITAL NOTES | C | Interest | L | T | Buy | 08/09/11 | L | | |
| 215.  RANGE RES CORP BOND | C | Interest | K | T | Buy | 06/16/11 | K | | |
| 216.  AMOGEN STOCK | | None | K | T | Buy | 03/18/11 | K | | |
| 217.  ROYAL BANK OF SCOTLAND BOND | C | Interest | L | T | Buy | 11/05/11 | L | | |
| 218.  VA COLLEGE BLDG BONDS | B | Interest | K | T | Buy | 11/06/11 | K | | |
| 219.  MEDTRONICS STOCK | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 220.  McGRAW HILL STOCK | A | Distribution | J | T | Buy | 12/28/11 | J | | |
| 221.  UNILEVER STOCK | A | Dividend | J | T | Buy | 05/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. WEATRHERFORD INTL STOCK | | None | J | T | Buy | 06/22/11 | J | | |
| 223. SEADRILL LTD STOC | A | Dividend | J | T | Buy | 11/15/11 | J | | |
| 224. XEROX CORP STOCK | A | Dividend | J | T | | | | | |
| 225. AMGEN STOCK | | None | J | T | Buy | 03/18/11 | J | | |
| 226. MEDTRONIC STOCK | A | Dividend | K | T | Buy | 10/27/11 | J | | |
| 227. McGRAW HILL STOCK | A | Dividend | K | T | Buy | 05/25/11 | J | | |
| 228. WEATHERFORD INTL STOCK | | None | J | T | Buy | 06/22/11 | J | | |
| 229. AK HSG FIN BOND | C | Interest | L | T | Buy | 12/14/11 | L | | |
| 230. LG IS PWR BOND | B | Interest | L | T | Buy | 10/12/11 | L | | |
| 231. MA ST DOT BOND | D | Interest | M | T | Buy | 05/27/11 | M | | |
| 232. MA ST DEV FIN BOND | C | Interest | M | T | Buy | 09/16/11 | M | | |
| 233. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 234. MA EDL FIN AUTH BOND | D | Interest | M | T | Buy | 02/18/11 | M | | |
| 235. METRO PIER & EXPOS BOND | | None | K | T | Buy | 12/22/11 | K | | |
| 236. ENERGY SELECT SPDR FUND | A | Distribution | J | T | Buy | 02/17/11 | J | | |
| 237. | | | | | Buy (add'l) | 02/26/11 | J | | |
| 238. | | | | | Buy (add'l) | 07/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 240. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 241. S&P HOMEBUILDERS SPDT ETF FUND | A | Distribution | J | T | Buy | 02/19/11 | J | | |
| 242. RYDEX S & P MIDCAP 400 ETF | A | Distribution | J | T | Buy | 09/10/11 | J | | |
| 243. GOLDMAN SASHC NETWORKING ISHARES | A | Dividend | J | T | Buy | 10/06/11 | J | | |
| 244. VANGUARD SMAll cap growth etf | A | Distribution | J | T | Buy | 12/10/11 | J | | |
| 245. FINANCIAL SELECT SPDR | A | Distribution | J | T | Buy | 12/27/11 | J | | |
| 246. 4 ROSES REALTY TRUST | | None | J | T | Buy | 11/20/11 | J | | |
| 247. MA ST WTR POLL BOND | D | Interest | M | T | | | | | |
| 248. T ROWE EMER. BOND FUND | A | Distribution | L | T | | | | | |
| 249. AVERY DENNISON STOCK | | None | | | Buy | 1/6/11 | K | | |
| 250. | | | | | Sold | 11/14/11 | K | B | |
| 251. FED FARM CREDIT BANK BOND | A | Interest | K | T | Buy | 1/10/11 | K | | |
| 252. AT &T (NEW) STOCK | A | Dividend | | | Sold | 8/22/11 | K | A | |
| 253. AT & T (NEW) STOCK | A | Dividend | J | T | Buy | 7/20/11 | K | | |
| 254. BANK OF HAWAII STOCK | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 255. FNMA BOND | A | Interest | J | T | Buy | 9/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  HYATT HOTELS BOND | B | Interest | K | T | Buy | 10/27/11 | K | | |
| 257.  M&T BANK STOCK | B | Dividend | K | T | Buy | 10/25/11 | K | | |
| 258.  ROYAL BANK OF CANADA BOND | A | Dividend | K | T | Buy | 7/9/11 | K | | |
| 259.  BANK OF NY/MELLON STOCK | A | Dividend | J | T | Buy | 9/19/11 | K | | |
| 260.  SANOFI CONTINGENT RIGHTS | | None | J | T | Buy | 5/3/11 | J | | |
| 261.  TIME WARNER CABLE (NEW) STOCK | A | Dividend | J | T | Buy | 1/21/11 | J | | |
| 262.  AT&T (NEW) STOCK | A | Dividend | J | T | Buy | 7/20/11 | J | | |
| 263.  AVERY DENNISON CROP STOCK | A | Dividend | J | T | Buy | 1/6/11 | J | | |
| 264.  BANK OF HAWAII STOCK | A | Dividend | J | T | Buy | 10/14/11 | K | | |
| 265.  BANK OF NY/MELLON STOCK | A | Dividend | J | T | Buy | 9/20/11 | J | | |
| 266.  ENTERGY CORP NEW STOCK | A | Dividend | J | T | Buy | 1/28/11 | K | | |
| 267.  FNMA 3% BOND | A | Interest | J | T | Buy | 9/14/11 | J | | |
| 268.  HCP PFD PFD STOCK | C | Int./Div. | K | T | Buy | 12/27/11 | K | | |
| 269.  M & T BANK STOCK | A | Interest | J | T | Buy | 10/25/11 | J | | |
| 270.  ROYAL DUTCH SHELL STOCK | A | Dividend | J | T | Buy | 2/22/11 | J | | |
| 271.  TIME WARNER COMM. NEW STOCK | A | Dividend | J | T | Buy | 1/28/11 | J | | |
| 272.  AT & T (NEW) STOCK | A | Dividend | K | T | Buy | 7/20/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. AVERY DENNISON STOCK | A | Dividend | J | T | Buy | 1/6/11 | J | | |
| 274. BANK OF NY/MELLON STOCK | A | Dividend | J | T | Buy | 9/19/11 | J | | |
| 275. BOSTON SCIENTIFIC STOCK | | None | J | T | Buy | 3/18/11 | J | | |
| 276. COMCAST (NEW) STOCK | A | Dividend | J | T | Buy | 1/28/11 | J | | |
| 277. M & T BANK STOCK | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 278. ROYAL DUTCH SHELL STOCK | A | Dividend | K | T | Buy | 2/22/11 | K | | |
| 279. SANOFI CONT. RIGHTS | | None | J | T | Buy | 5/3/11 | J | | |
| 280. TIME WARNER COMM (NEW) STOCK | A | Dividend | K | T | Buy | 1/28/11 | K | | |
| 281. WASHINGTON DC 07A BOND | | None | | | Buy | 1/4/11 | L | | |
| 282. | | | | | Sold | 6/21/11 | L | C | |
| 283. MA ST PORT AUTH BOND | C | Interest | M | T | Buy | 7/1/11 | M | | |
| 284. CITIZENS PPTY FL BOND | C | Interest | L | T | Buy | 6/30/11 | L | | |
| 285. TEWSKBURY MA GO BOND | D | Interest | M | T | Buy | 11/18/11 | M | | |
| 286. MA ST HED - HARVARD UNIV BOND | B | Interest | K | T | Buy | 7/1/11 | K | | |
| 287. MA ST HED -TUFTS UNIV BOND | C | Interest | L | T | Buy | 2/14/11 | L | | |
| 288. MET PIER & EXPO BOND | B | Interest | K | T | Buy | 8/30/11 | K | | |
| 289. MA ST PORT AUTH BOND | B | Interest | L | T | Buy | 7/1/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenthal, Joel B. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. MA ST SCH BLDG AUTH BOND | B | Interest | K | T | Buy | 7/26/11 | K | | |
| 291. NORTHBORO-SOUTHBORO REG SCH BOND | B | Dividend | K | T | Buy | 12/30/11 | K | | |
| 292. FIDELITY ADVISOR II MUTUAL FUND | | None | | | Buy | 1/21/11 | K | | |
| 293. | | | | | Sold | 8/3/11 | K | | |
| 294. OPPENHEIMER SR FL MUTUAL FUND | A | Distribution | | | Buy | 4/8/11 | K | | |
| 295. | | | | | Sold | 8/11/11 | K | | |
| 296. DOUBLELINE CORE MUTUAL FUND | C | Distribution | L | T | Buy | 8/3/11 | L | | |
| 297. US BROAD BASED DIVERSIFIED ETFs - mut fund | A | Distribution | L | T | Buy | 01/03/11 | L | | various- see Part VIII |
| 298. US SECTOR ETFs - mut fund | A | Distribution | K | T | Buy | 01/03011 | K | | various - see Part VIII |
| 299. | | | | | | | | | |
| 300. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

One of the fiduciary positions I held at 12/31/11 was that of Trustee of the Estate of EHD my deceased very close friend for more that 25 years.
As he suffered from cancer over the last year of his life he asked me to serve as co-trustee of his estate to assist his widow in the handling of her affairs; I agreed to do so. It would be a severe hardship if I was not able to serve my late friend in this capacity. A professional investement advisor is handeling all investment. I am serving without compensation. The Trust funded in 2000.

Part VII

One of the fiduciary position held at 12/31/11 was that of Trustee of the RSM Revocable Trust.
This trust is principally for the benefit of my XXXXX. It would be a severe hardship if I was not able to serve my late XXX in this capacity. Professional investment advisors are handeling all investments. I am serving without compensation. The trust was funded in 2003.

PART VII

NOTES TO LINES 297 and 298. Hundreds of transactions involving purchase and sajes of ETFs in the various accounts which I own and which are in the various Trusts of which I am Trustee on various dates have been executed by my financial advisors.. It would take many, many hours to list all transactions separately The transactions have been aggregated for the purpose of this report. Detailed investor advisor reports available on request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel B. Rosenthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544